UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BARBARA MARTIN, AND      :
KENNETH P. MARTIN        :
                         : Civil Action No. 13-1164(RMB/JS)
         Plaintiffs,     :
                         :
         v.              : **MEMORANDUM AND ORDER**
                         :
STATE OF NEW JERSEY OFFICE OF "
PUBLIC GUARDIAN FOR ELDERLY  :
ADULTS, MEADOWVIEW NURSING   :
HOME,                        :
         Defendants.     :

This matter comes before the Court upon the Motion to Dismiss for Lack of Jurisdiction [Docket No. 4] by Defendant Meadowview Nursing Home; and the Plaintiffs, Barbara Martin and Kenneth P. Martin, having filed a response to the motion wherein they stated "the[y] cannot oppose the Defendant's Motion to Dismiss." [Docket No. 9, page 3]. Further, "Plaintiff's (sic) counsel now realizes that the injunction that he was seeking cannot be obtained in Federal Court due to federal abstention principles and applicable case law." [Docket No. 6].

Accordingly, because Plaintiffs concede that the Motion to Dismiss should be granted,

IT IS ON THIS **4th** day of **JUNE 2013**, **ORDERED** that the Motion to

Dismiss is **GRANTED** and the Clerk of the Court shall close this file.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge